## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| DOUGLAS C. PALMER<br>CLERK | EASTERN DISTRICT OF NEW YORK | PLEASE REPLY TO:<br>☐ BROOKLYN OFFICE<br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NEW YORK 11201<br>■ LONG ISLAND OFFICE<br>UNITED STATES DISTRICT COURT<br>100 FEDERAL PLAZA<br>PO BOX 9014<br>CENTRAL ISLIP, N Y 11722-9014 |

February 21, 2012

Carmine Graziano, #72028053
Low Security Corr. Institution
P.O. Box 999 (D-B)
Butner, NC 27509

                           In re:  CV 12-0738 (JFB)
                                   <u>Graziano v. USA</u>

Dear *Pro Se* Litigant:

      This will acknowledge receipt of your motion to vacate sentence pursuant to 28 U.S.C. § 2255. The case has been docketed under the above number and assigned to the Honorable Joseph F. Bianco. Please be advised of the following:

      -documents submitted for filing should be originals and must contain an original signature, name of case and assigned judge and case number;

      -pursuant to Federal Rules of Civil Procedure 5.2, the filing party shall not include personal information in filings as follows: (a) if an individual's social security number must be included in a document, only the last four digits of that number shall be used; (b) if the involvement of a minor child must be mentioned, only the initials of that child shall be used; (c) if an individual's date of birth must be included in a document, only the year shall be used (d) if financial account numbers are relevant, only the last four digits of these numbers shall be used;

      -an affidavit or affirmation of service must be included with all documents sent in for filing;

      -all documents should be sent to the *Pro Se* Office at the Central Islip courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge;

      -it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

      - it is your responsibility to retain copies of any documents you file, as well as copies of documents mailed to you by opposing counsel or the Clerk, and monitor the progress of your action yourself.

                                                        Very truly yours,

                                                         DOUGLAS C. PALMER
                                                         Clerk of Court

                                                         By: <u>/s/ C. Vukovich</u>
                                                            *Pro Se* Paralegal

enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X



                Plaintiff,

      -against-                                 Case No. _____

                                                          Judge: _____

                Defendant.
-------------------------------------------------------- X


PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____  STATE: _____

ZIP CODE: _____  TELEPHONE NO: _____


IF APPLICABLE:

PRISON: _____  PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____  
                                                   _____
                                                   SIGNATURE

                                                   _____
                                                   PRINTED NAME

                                                   _____
                                                   PRESENT ADDRESS

                                                   _____