```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

CARMINE GRAZIANO,

            Petitioner,

    - against -                              12-CV-738 (JFB)

UNITED STATES OF AMERICA,

            Respondent.

- - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Evan Williams, a Trial Attorney with the United States Department of Justice, Criminal Division, represents the United States in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Evan Williams
> Trial Attorney
> Computer Crime & Intellectual Property Section
> U.S. Department of Justice
> 1301 New York Avenue, N.W., Suite 600
> Washington, D.C.  20530
> Tel: (202) 307-0135
> Fax: (202) 514-6113
> Email: evan.williams@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that copies of all future ECF notifications are sent to Trial Attorney Williams at the email address set forth above.

Dated: Washington, D.C.
       March 22, 2012

                                          Respectfully submitted,

                                             /S/ Evan C. Williams
                                          Evan C. Williams
                                          Trial Attorney
                                          U.S. Department of Justice
                                          (202) 307-0135

cc: Carmine Graziano
    Fed. Reg. #72028-053